

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-13-00549-CV

Ernest **MUNGIA**,
Appellant

v.

**VIA METROPOLITAN TRANSIT,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 380931
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court